IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. _____

**DAMON AND BRITTANY ARNETT,**          (Formerly Lake County Circuit Court Case No. 35-2022-CA-000832-AXXX-XX)

    Plaintiffs,

vs.

**AMERICAN SECURITY INSURANCE COMPANY,**

    Defendant.
_____/

**DEFENDANT AMERICAN SECURITY INSURANCE COMPANY'S
NOTICE OF REMOVAL**

Defendant American Security Insurance Company ("American Security"), through its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1446 and 1332, hereby files this Notice of Removal and thereby removes to the United States District Court an action which is pending in the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida. The facts and legal authority supporting this Notice of Removal are as follows:

    A.    **BACKGROUND & CONDITIONS OF REMOVAL**

1. On May 9, 2022, Plaintiffs, Damon and Brittany Arnett ("Plaintiffs") filed this civil action against American Security in the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida. Plaintiffs have asserted a cause of action against American Security for, among other things, alleged breach of contract. Plaintiffs effectuated service of process on American Security on June 6, 2022.

2. Plaintiffs are citizens of the State of Florida, and alleges that they own the property located at 1108 Cedar Street, Leesburg, Florida 34748, (the "Property"), which is the subject matter of this lawsuit. *See* Compl. ¶¶ 3, 5. The Lake County Property Appraiser's Office

website indicates that Plaintiffs have owned the Property since at least 2017. Plaintiffs have also claimed the Property as their homestead; therefore, Plaintiffs are citizens of the State of Florida for diversity jurisdiction purposes. *See* printout from Lake County Property Appraiser Website attached as **Exhibit A**.

3. American Security is a Delaware corporation with its principal place of business located at 260 Interstate North Cir., SE, Atlanta, Georgia, 30339. *See* printout from Florida Department of State, Division of Corporations' website, a true and correct copy of which is attached hereto as **Exhibit B**; *see also Licari v. American Sec. Ins. Co.*, Case No. 8:12–cv–2853–T–33EAJ, 2013 WL 268688 (M.D. Fla. Jan. 24, 2013) (finding American Security's principal place of business as Georgia).

4. Venue is proper in the United States District Court for the Middle District of Florida because the case is being removed from the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida.

5. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of American Security's rights to assert any defenses or affirmative claims, including a counterclaim.

6. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed less than thirty (30) days from the date of American Security's receipt of the initial pleading.

7. This action is not a non-removable action as described under 28 U.S.C. § 1445.

8. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings served as of this date is attached hereto as **Composite Exhibit C.**

9. In accordance with 29 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, American Security has served Plaintiffs with a copy of this Notice of Removal and has filed a Notice of Filing of Notice of Removal with the Clerk of the Court for

Lake County, Florida. A copy of the Notice of Filing Notice of Removal (without attachments) is attached hereto as **Exhibit D.**

### B. THE COMPLAINT

10. Plaintiffs have sued American Security for the total cost to repair with respect to an alleged windstorm damage at the Property. *See* **Composite Exhibit C.**

12. Plaintiffs have provided American Security with an estimate prepared for Plaintiffs' benefit for the subject claim, which totals $88,143.84, and the Proof of Loss signed by Plaintiffs, for $88,143.84 (the "PA Estimate and Proof of Loss"). A true and correct copy of the PA Estimate and Proof of Loss are attached as **Composite Exhibit E**; *see also Baltazar v. Balboa Ins. Co.*, No. 8:10-cv-2932-T-33MAP, 2011 WL 2020218, *2 (M.D. Fla. May 24, 2011) (Covington, J.) (amount in controversy met in insurance case where expert estimated costs to repair the property in excess of $75,000). Plaintiffs additionally seek to recover amounts for attorney's fees pursuant to Fla. Stat. § 627.428, costs, and prejudgment interest. The jurisdictional amount in controversy of $75,000 is therefore met.

### C. LEGAL STANDARD

13. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a state court of which the district court of the United States have original jurisdiction, may be removed by the defendants, to the district court of the United States….where such action is pending."

14. Pursuant to 28 U.S.C. § 1332, the district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—

    **(1)** citizens of different States;

    **(2)** citizens of a State and citizens or subjects of a foreign state;

**(3)** citizens of different States and in which citizens or subjects of a foreign state are additional parties; and

**(4)** a foreign state, defined in section 1603 (a) of this title, as plaintiffs and citizens of a State or of different States.

15. This Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiffs (who is a citizen of Florida) and Defendant (American Security is a citizen of both Georgia and Delaware), and the amount in controversy is in excess of $75,000.

### D.  CONCLUSION

16. As complete diversity and the jurisdictional amount have been met, this action is removable pursuant to 28 U.S.C. § 1332.

**WHEREFORE**, Defendant American Security Insurance Company respectfully requests that the aforesaid action now pending in the Circuit Court of the Fifth Judicial Circuit be removed to this Honorable Court.

Respectfully Submitted,

*/s/ Brian H. Koch*
**HOLLAND & KNIGHT LLP**
**BRIAN H. KOCH** (Fla. Bar No. 637335)
brian.koch@hklaw.com
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Tel:  954.525.1000
Fax: 954.463.2030

*Counsel for American Security Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was emailed on June 23, 2022 to Thomas L. Morelli, Esq.

*s/ Brian H. Koch*
BRIAN H. KOCH