**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DAMON ARNETT and
BRITTANY ARNETT,

      Plaintiffs,

v.                                      Case No:   5:22-cv-287-GAP-PRL

AMERICAN SECURITY
INSURANCE COMPANY,

      Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. 12), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 5, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record, Unrepresented Parties